UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CR=80163-CANNON/McCABE

UNITED STATES OF AMERICA

      Plaintiff,

v.

PEDRO LUIS GARCIA SOTO,

      Defendant,

_____/

## NOTICE OF FILING CHARACTER LETTERS

Defendant, **PEDRO LUIS GARCIA SOTO**, through undersigned counsel, files the attached Character Letters.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2026, the foregoing document was electronically filed with the Clerk of the Court and served on Suzanne Huyler, AUSA, via CMIECF system.

By: _____

**Gregg S. Lerman**
Fla. Bar No. 510963
**GREGG S. LERMAN, P.A.**
330 Clematis Street - Suite 209
West Palm Beach, FL 33401
Telephone (561) 832-5770
Email: gslermanlaw@gmail.com
Attorney for Defendant

Judge Aileen M. Cannon Case # 9:25-cr-80163 Pedro Luis Garcia Soto United States District Court Southern District of Florida Honorable Judge, My name is Jorge Luis García, and I am the brother of Pedro Luis García I am writing to respectfully ask the Court to consider his character, family responsibilities, and the positive role he plays in the lives of those around him when determining an appropriate sentence. Having known my brother my entire life, I have seen him through every stage of life—both his successes and his struggles. While I do not seek to excuse the circumstances that brought him before the Court, I can say with confidence that the actions that led to this situation do not define the person I have known for decades. My brother has always been deeply committed to his family. He is a devoted father who loves his children and remains actively involved in their lives. He is also a dedicated caregiver to our aging parents, helping coordinate their care, assisting with daily needs, and ensuring they have the support they require. Much of what he does for our family happens quietly and without recognition, simply because he believes it is the right thing to do. Throughout our lives, I have known him to be dependable, generous, and willing to help others whenever they needed him. Family members frequently turn to him for guidance, support, and assistance because they know they can count on him. He has consistently shown up for those he loves, often placing the needs of others before his own. This experience has been difficult for him and for our family. I believe he understands the seriousness of the situation and the consequences of his actions. More importantly, I believe he has the character and capacity to learn from this experience and continue being a positive presence in the lives of his children, our parents, and our extended family. I respectfully ask the Court to consider not only the offense before you, but also the man who stands before you—a father, son, brother, and caregiver whose life has been defined by service to his family and dedication to those who depend on him. Thank you for your time and consideration. Respectfully, Jorge Luis García

 Gmail                                    Gregg Lerman <gslermanlaw@gmail.com>

## Re: Case # 9:25-CR-80163, Pedro Luis Garcia Soto
1 message

**Margie Del Valle** <margie.delvalle@gmail.com>                    Sat, Jun 20, 2026 at 7:15 PM
To: GSLermanLaw@gmail.com

Marjorie Del Valle

709 Joponica Ave S,

Lehigh Acres, Florida, 33974

06/20/2026

Judge Aileen M. Cannon

Re: Pedro Luis Garcia Soto

Case # 9:25-CR-80163

To Honorable Judge Cannon,

My name is Marjorie Del Valle, and I am writing on behalf of my uncle, Pedro Garcia.

Throughout the years, I have had the opportunity to witness firsthand the way he cares for his family. He is a loving father, a dedicated son, and a supportive uncle who remains actively involved in the lives of his nieces and nephews.

One thing that has always stood out to me is his commitment to family. He is often the person coordinating care, checking in on loved ones, and stepping up when help is needed. His involvement in caring for his aging parents has been especially meaningful and has required a great deal of patience, compassion, and sacrifice.

My children and other younger family members look up to him because he is present in their lives. He attends important events, celebrates their accomplishments, and makes an effort to maintain close relationships with them.

While I understand that he is facing serious legal consequences, I hope the Court will take into account the many positive contributions he has made to those around him. He has been a source of strength and support for our family for many years, and his absence would have a significant impact on multiple generations of our family.

Thank you for your time and consideration.

Respectfully,

Marjorie Del Valle

 **Gmail**

## Case # 9:25-cr-80163 Pedro Luis Garcia Soto
1 message

**jose del valle** <jddv1106@gmail.com>
To: GSLermanLaw@gmail.com

Sat, Jun 20, 2026 at 6:33 PM

Honorable Judge,

My name is Jose Del Valle Jr., and I am the nephew of Pedro Luis Garcia Soto.

I have known my uncle my entire life, and I am grateful for the influence he has had on me as a man, family member, and role model.

Growing up, my uncle was someone I could always count on. He taught me the importance of hard work, accountability, and showing up for the people you care about. He has always led by example when it comes to supporting family and taking responsibility for those who depend on him.

One of the qualities I admire most is his commitment to his children and our grandparents. He dedicates a significant amount of time and energy to caring for them, often putting their needs before his own. His presence provides stability and support that would be difficult to replace.

My uncle has never hesitated to help me or other family members when we needed him. Whether it was offering practical help, advice, or encouragement, he has consistently demonstrated kindness and generosity.

I understand that the Court must weigh many factors in determining an appropriate sentence. I simply ask that you consider the whole person before you. The man I know is caring, dependable, and deeply devoted to his family. His positive influence extends well beyond himself and affects many lives.

Thank you for your consideration.

Respectfully,

Jose Del Valle

Judge Aileen M. Cannon

Case # 9:25-cr-80163

Pedro Luis Garcia Soto

United States District Court

Southern District of Florida

Honorable Judge,

My name is Zulma Castro Garcia, and I am Pedro Garcia's sister-in-law. I am writing to offer my perspective on his character and the role he plays within our family.

Over the years, I have had the opportunity to observe him not only as a brother-in-law, but also as a father, son, uncle, and caregiver. What has always stood out to me is his unwavering commitment to family. He is the type of person who shows up when someone needs help.

whether that means caring for an elderly family member, helping with a family emergency, or simply being present during difficult times.

He has been especially devoted to caring for our aging parents, providing support that goes far beyond what many people see. He regularly checks on them, helps manage their needs, and ensures they are cared for with dignity and compassion. His involvement has been a tremendous source of comfort to our family.

I have also witnessed the close and loving relationship he has with his children. He takes pride in being an active and involved father and works hard to provide them with guidance, stability, and support. Likewise, he has always maintained strong relationships with his nieces and nephews, who know him as someone they can trust and depend on.

I understand that the Court must hold individuals

accountable for their actions, and I am not writing to diminish the seriousness of the matter before you. Rather, I hope to provide a fuller picture of the person I have come to know over many years. He is compassionate, dependable, and deeply invested in the well-being of others.

The impact of his absence would be felt by many people who rely on him every day, particularly his children and our elderly family members. I respectfully ask the Court to take into consideration his history of caring for others, his strong family ties, and the positive influence he has had on those around him.

Thank you for your time and thoughtful consideration.

Respectfully,

Zulma Castro Garcia