**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-CR=80163-CANNON/McCABE**

**UNITED STATES OF AMERICA**

       **Plaintiff,**

  **v.**

**PEDRO LUIS GARCIA SOTO,**

       **Defendant,**
_____ /

## AMENDED NOTICE OF FILING CHARACTER LETTERS

Defendant, **PEDRO LUIS GARCIA SOTO**, through undersigned counsel, files the attached Character Letters.

## CERTIFICATION REGDARDING GENERATIVE AI

Undersigned counsel has contacted each author of the previously filed character letters (46) and they have assured counsel that the letters were prepared by the authors and are not the product of generative AI. To the extent that AI was involved was limited to formatting, spelling and grammar; however, the thoughts and sentiments expressed are those of the authors.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2026, the foregoing document was electronically filed with the Clerk of the Court and served on Suzanne Huyler, AUSA, via CMIECF system.

By: _____

    **Gregg S. Lerman**
    Fla. Bar **No. 510963**
    **GREGG S. LERMAN, P.A.**
    330 Clematis Street - Suite 209
    West Palm Beach, FL 33401
    Telephone (561) 832-5770
    Email: gslermanlaw@gmail.com
    Attorney for Defendant